IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HUBERT ALAN LAIRD, JOHN
JOUBERT and TERRI L.
JOUBERT,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellants,

CASE NO. 1D15-5504

v.

CITY OF DESTIN
AND <u>DUGAN MADDOX AS
SUCCESSOR</u> TRUSTEE OF
THE JOINT IRREVOCABLE
PRESENT INTEREST TRUST
F.B.O. CASWELL CROOKE
PREWITT DATED NOVEMBER
23, 1994,

<span style="color:red">CORRECTED PAGES: pg 1
CORRECTION IS <u>UNDERLINED IN
RED</u>
MAILED: November 7, 2016
BY: KMS</span>

      Appellees.

_____/

Opinion filed November 3, 2016.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Joseph M. Scheyd, Jr., Destin, for Appellants.

Scott Shirley, of Ard, Shirley & Rudolph, P.A., Tallahassee, for Appellee City of
Destin; David A. Theriaque and S. Brent Spain of Theriaque & Spain, Tallahassee,
for Appellee Dugan Maddox as Successor Trustee of the Join Irrevocable Present
Interest Trust F.B.O. Caswell Crooke Prewitt dated November 23, 1994.


PER CURIAM.

AFFIRMED.

ROBERTS, C.J., and WINOKUR, JJ., and CLARK, JR., BRANTLEY S., ASSOCIATE JUDGE, CONCUR.